# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-957-914

**Effective Date of Registration:**
October 01, 2015

---

## Title

**Title of Work:**   Pay the Ghost

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   September 16, 2015
**Nation of 1st Publication:**   Philippines

## Author

- **Author:**   PTG Nevada, LLC
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   PTG Nevada, LLC
116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim

**Material excluded from this claim:**   script/screenplay
**Previous registration and year:**   TXu001920050

**New material included in claim:**   all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

**Name:**   Emilie Kennedy
**Date:**   September 25, 2015

---

**Correspondence:**   Yes