IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00296-MEH

PTG NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 1-19,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge on February 24, 2016**.

    In the interest of justice, Plaintiff's Motion to Amend Complaint [filed February 23, 2016; docket #14] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint located at docket #14-1.